December 22, 2006

The Honorable Craig T. Enoch
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
Ms. Kristin Bays
Bays & Bays
1503 Hailey
Conroe, TX 77301

RE: Case Number: 04-0961
 Court of Appeals Number: 09-03-00568-CV
 Trial Court Number: 02-08-05341-CV

Style: TONY GULLO MOTORS I, L.P. AND BRIEN GARCIA
 v.
 NURY CHAPA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Medina not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne Flores |
| |Ms. Barbara |
| |Gladden-Adamick |